UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGINIA ALBU,

       Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY,

       Defendant.
_____/

Case No. 4:16-cv-13146-TGB-DRG

Hon. Terrence G. Berg

Magistrate Judge David R. Grand

| | |
|---|---|
| Greg Liepshutz (P37573) | David M. Davis (P24006) |
| Attorney for Plaintiff | Attorney for Defendant |
| Levine Benjamin, P.C. | Hardy, Lewis & Page, P.C. |
| 100 Galleria Officentre | 401 South Old Woodward Avenue |
| Suite 411 | Suite 450 |
| Southfield, Michigan 48034 | Birmingham, Michigan 48009 |
| Telephone: (248) 352-5700 | Telephone: (248) 203-0230 |
| E-Mail: gliepshutz@levinebenjamin.com | E-Mail: dmd@hardylewis.com |

_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

    NOW COME the Parties in the above matter through their respective counsel and stipulate and agree that this action should be DISMISSED WITH PREJUDICE and without an award of costs, interest or attorney fees to either Party.

| | |
|---|---|
|    s/Greg Liepshutz |    s/David M. Davis |
| Greg Liepshutz | David M. Davis |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: August 2, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGINIA ALBU,

       Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY,

       Defendant.
_____/

Case No. 4:16-cv-13146-TGB-DRG

Hon. Terrence G. Berg

Magistrate Judge David R. Grand

ORDER OF DISMISSAL WITH PREJUDICE

Upon the reading and filing
of the Parties' Stipulation:

IT IS HEREBY ORDERED AND ADJUDGED that the above action shall be, and hereby is DISMISSED WITH PREJUDICE without an award of interest, costs or attorney fees to either Party.

This is a final Order resolving all claims and closing the case.

                        /S/Terrence G. Berg
                        United States District Judge

Dated: August 4, 2017

Copies sent to:

| | |
|---|---|
| Greg Liepshutz (P37573) | David M. Davis (P24006) |
| Attorney for Plaintiff | Attorney for Defendant |
| Levine Benjamin, P.C. | Hardy, Lewis & Page, P.C. |
| 100 Galleria Officentre | 401 South Old Woodward Avenue |
| Suite 411 | Suite 450 |
| Southfield, Michigan 48034 | Birmingham, Michigan 48009 |
| Telephone: (248) 352-5700 | Telephone: (248) 203-0230 |
| E-Mail: gliepshutz@levinebenjamin.com | E-Mail: dmd@hardylewis.com |